UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**DILWORTH PAXSON LLP**
Scott J. Freedman (7681)
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 663-8855

*Special Counsel Daniel E. Straffi, Chapter 7 Trustee*

In re:

MEDAK TRUCKING, LLC,

        Debtor.

DANIEL E. STRAFFI, CHAPTER 7 TRUSTEE

        Plaintiff,

v.

INTERPOOL, INC. D/B/A TRAC INTERMODAL,

        Defendant.

Chapter 7

Case No. 16-24788 (MBK)

Honorable Michael B. Kaplan

Adv. Pro. No. 19-01152 (MBK)

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff's and the Defendant's respective counsel that the deadline by which the Defendant is required to file a pleading responsive to the Complaint extended to June 15, 2019.

Dated: May 9, 2019

| | |
|---|---|
| DILWORTH PAXSON LLP<br>Attorneys for the Plaintiff/Counterclaim Defendant | SIMMS SHOWERS LLP<br>Attorneys for the Defendant |
| By: /s/Scott J. Freedman<br>    Scott J. Freedman | By: /s/ J. Stephen Simms<br>    J. Stephen Simms |

120911885_1