UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DILWORTH PAXSON LLP
Scott J. Freedman
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 663-8855
Email: sfreedman@dilworthlaw.com

Special Counsel to Daniel E. Straffi, Chapter 7 Trustee

In Re:

MEDAK TRUCKING, LLC,

                Debtor.

Case No.: 16-24788

Adv. Pro. No.: 19-01152

Chapter: 7

Hearing Date: 6/5/2019

Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Scott J. Freedman,

   ☒ am the attorney for: Daniel E. Straffi, Chapter 7 Trustee,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Pre-trial Hearing

   Current hearing date and time: June 5, 2019 at 10:00 a.m.

   New date requested: July 17, 2019

   Reason for adjournment request: Deadline to file a responsive pleading extended by agreement. Parties are engaged in settlement discussions.

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: June 1, 2019                         /s/ Scott J. Freedman
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: July 16, 2019 at 10:00 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*