UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Medak Trucking, LLC

Case No.: 16-24788

Adv. No.: 19-1152

Daniel E. Straffi, Trustee

Judge: Kathryn C. Ferguson

Plaintiff(s)

v.

Interpool, Inc. d/b/a Trac Intermodal

Defendant(s)

**ORDER TO FILE SETTLEMENT DOCUMENTS** - CONSENT ORDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having been advised that the above referenced adversary proceeding has been settled between the plaintiff(s) and  defendant                                                           

_____,
and for good cause shown, it is

ORDERED, that if the Court does not receive the appropriate settlement document(s) within 30 days of the date of this order, the matter may be:

- ☑ dismissed in its entirety and the case may be closed without further order of the Court.

- ❏ dismissed as to the above named parties without further order of the Court.

*rev. 8/1/07*