Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Medak Trucking, LLC
Debtor

Case No.: 16−24788−KCF
Chapter 7

Daniel E. Straffi, Chapter 7 Trustee
Plaintiff

v.

Interpool, Inc. d/b/a Trac Intermodal
Defendant

Adv. Proc. No. 19−01152−KCF            Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 17, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 10
Order to File Settlement Documents − Consent Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/12/2019. Stipulation of Settlement Deadline is 10/17/2019. (ckk)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 17, 2019
JAN: ckk

Jeanne Naughton
Clerk