# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Medak Trucking, LLC
Debtor

Case No.: 16–24788–KCF
Chapter 7

Daniel E. Straffi, Chapter 7 Trustee
Plaintiff

v.

Interpool, Inc. d/b/a Trac Intermodal
Defendant

Adv. Proc. No. 19–01152–KCF         Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on October 2, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 13 – 1
CONSENT ORDER RESOLVING ADVERSARY PROCEEDING (related document:1 Adversary case 19–01152. Complaint by Daniel E. Straffi, Chapter 7 Trustee against Interpool, Inc. d/b/a Trac Intermodal. Fee Amount $ 350.. (12 (Recovery of money/property – 547 preference)) (Attachments: # 1 Summons) filed by Plaintiff Daniel E. Straffi, Chapter 7 Trustee). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/2/2019. (ckk)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 2, 2019
JAN: ckk

Jeanne Naughton
Clerk